Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| LISA ELLEFSON, | Case No. 3:15-cv-464-PA |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER of Social Security, | |
| Defendant. | |

Pursuant to 42 U.S.C. § 406(b) it is hereby ordered that based on the agreement of the parties and supporting documentation the motion for attorney fees [ECF #35] is granted and it is further ordered that Defendant shall provide payment of the attorney fee of $1,092.47 directly to Plaintiff's attorney. It is further ordered that the check for the fee shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to his business address of PO Box 421, West Linn, OR 97068.

DATED this 18 day of JANUARY, 2017.

_____
U.S. District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581

ORDER - Page 1